Baker McKenzie.

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

October 16, 2026

Hon. Alvin K. Hellerstein U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**By ECF and Facsimile**

**Re: Steven A. Masnjak, *et al.* v. Scholastic, Inc.**
**Case No.: 1:26-cv-06847-AKH**

Dear Judge Hellerstein,

This Firm represents Defendant Scholastic, Inc. in the above-referenced matter. We write pursuant to Your Honor's Individual Rules Section 1(D) to request an adjournment of Defendant's response deadline currently set for October 19, 2026.

The parties are currently engaged in settlement discussions and need additional time to determine whether a resolution may be reached and prepare a responsive pleading if necessary. As such, Defendant respectfully requests an extension of the current responsive pleading deadline to November 9, 2026. Counsel for Defendant conferred with counsel for Plaintiff on October 13 and 14, 2026 regarding this request, and Plaintiffs' counsel confirmed in writing that Plaintiffs do not object to the extension. This is Defendant's second request for an extension of the response deadline, and this request does not affect any other currently scheduled dates.

We thank the Court for its consideration.

Respectfully yours,

s/ Nicholas A. Corsano

Nicholas A. Corsano
+1 212 626 4275
Nicholas.Corsano@bakermckenzie.com

11/5/26
So Ordered
[signature]
USDJ

cc via ECF: Robert L. Liebross
259-27 148th Drive
Rosedale, NY 11422

*Attorneys for Plaintiffs*